**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000082
08-SEP-2021
08:41 AM
Dkt. 38 OGMD**

NO. CAAP-21-0000082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
GUY BROOKS JARAMILLO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-20-0000067)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Nakasone and Fujise, JJ.)

Upon review of Defendant-Appellant Guy Brooks Jaramillo's September 2, 2021 Motion to Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Jaramillo seeks to dismiss the appeal; (3) attached to the motion is Jaramillo's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 8, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge